# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156135

AMY TAYLOR, Personal Representative
for the ESTATE OF AVA CAMERON
TAYLOR, Deceased,
          Plaintiff-Appellant,

v

DARIN LEE COOLE and AMY COOLE,
          Defendants-Appellees.

_____/

SC: 156135
COA: 331198
Genesee CC: 14-104044-NI

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2018



Clerk